THOMAS W. PULLIAM, JR. (46322 Bar No.)
MICHELLE A. CHILDERS (197064 Bar No.)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Applicants for Admission Pro Hac Vice:
S. SAMUEL GRIFFIN
HALLI D. COHN
SARAH T. SLOAN
KING & SPALDING LLP
1180 Peachtree St., N.E.
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA E. LOWN-HECHT, Individually; ANNE LOWN, Individually; and FREDERICK HECHT, Individually;<br><br>Plaintiffs,<br><br>vs.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Defendants. | Case No.: C-06-4210 MEJ<br><br>**CONSENT ORDER** |

**CONSENT ORDER EXTENDING DEFENDANT'S
TIME TO FILE RESPONSE TO COMPLAINT**

Plaintiff and Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline, having consented to the entry of this Order, and for good cause shown, it is hereby ordered that the deadline for Defendant SmithKline Beecham Corporation d/b/a

GlaxoSmithKline to file an Answer or otherwise respond to the Complaint shall be extended up to and including August 29, 2006.

So Ordered this 15th day of August, 2006.

_____
United States District Judge Maria-Elena James

*IT IS SO ORDERED*

**CONSENTED TO BY:**

The parties hereto by their undersigned counsel hereby stipulate to the entry of the foregoing order.

Respectfully submitted this 15th day of August, 2006.

DRINKER BIDDLE & REATH LLP

/s/
_____
THOMAS W. PULLIAM, JR.

Attorneys for Defendant

BAUM HEDLUND,
A PROFESSIONAL CORPORATION

/s/
_____
ROBERT M. BRAVA-PARTAIN

Attorneys for Plaintiffs