**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TANIA E. LOWN-HECHT, individually,
ANNE LOWN, individually, and FREDERICK
HECHT, individually,

No. C 06-04210 WHA

      Plaintiffs,

  v.

**ORDER DENYING REQUEST
TO CONTINUE TRIAL**

SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE, a Pennsylvania
Corporation,

      Defendant.

                                    /

      The Court has received the joint request to continue the trial. The Court notes that neither side sent its lead counsel to the case management conference as was required. The Court announced the schedule and no objection was made by counsel in attendance. At all events, it has been the Court's experience that other previously set trials evaporate before the trial date arrives, leaving counsel free to try the case. If this does not occur, the Court might entertain a motion for continuance but it is too early to panic and to assume that there will in fact be a conflict. The motion is **DENIED** and the schedule will remain as previously set.

      **IT IS SO ORDERED.**

Dated:  October 31, 2006.

                                       
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE