UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TANIA E. LOWN-HECHT, Individually,
ANNE LOWN, Individually, and
FREDERICK HECHT, Individually,

    Plaintiff,

v.

SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE, a Pennsylvania
Corporation,

    Defendant.

Case No.: C 06-04210 WHA

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF HALLI D. COHN *PRO HAC VICE*

    HALLI D. COHN, an active member in good standing of the bar of Georgia, whose business address and telephone number is King & Spalding LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia 30309-3521, (404) 572-4600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 9, 2006

IT IS SO ORDERED
Judge William Alsup

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PRO HAC VICE APPLICATION      CASE NO.: C 06-04210 WHA