UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TANIA E. LOWN-HECHT, Individually,
ANNE LOWN, Individually, and
FREDERICK HECHT, Individually,

        Plaintiffs,

vs.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, a Pennsylvania Corporation,

        Defendant.

Case No.: 3:06-cv-04210-WHA

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE WITH PREJUDICE

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline are dismissed with prejudice, each party to bear its own costs.

Dated: November 6, 2007

                                       _____
                                       UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*